UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND

| | |
|---|---|
| OSBALDO LEMUS BERRIOS, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL LAWLOR et al., <br><br> Defendants. | Civil Action No. TDC-20-3193 |

**DEFENDANTS' RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE**

Defendants Michael Lawlor and Brennan, McKenna & Lawlor (improperly named as Lawlor & Englert LLC), by and through undersigned counsel, hereby file this Response to the Court's Order To Show Cause dated November 17, 2021, and for the reasons stated herein, respectfully requests that the Court not enter a Default Judgment for Defendants failure to file an Answer or otherwise respond to the Complaint.

1. Mr. Lawlor was appointed by the Office of the Public Defender to represent Plaintiff in a Petition for Post-Conviction Relief on August 22, 2016.

2. When Mr. Lawlor was appointed to represent Plaintiff, he was an attorney at Lawlor & Englert LLC, 6305 Ivy Lane, Suite 608, Greenbelt, Maryland 20070.

3. Mr. Lawlor left Lawlor & Englert LLC on January 1, 2018 and is now an attorney at Brennan, McKenna & Lawlor, 6305 Ivy Lane, Suite 700, Greenbelt, Maryland 20070.

4. Mr. Lawlor filed a Motion to Withdraw as Plaintiff's counsel on November 13, 2019.

5. Mr. Lawlor did not argue Plaintiff's Petition for Post-Conviction relief prior to terminating the attorney-client relationship.

6. On November 3, 2020, Plaintiff a Complaint against Defendants. (ECF No. 1).

7. On June 14, 2021, the Court issued a Summons to Defendants. (ECF No. 11).

8. Mr. Lawlor was not personally served with the summons or the Complaint (see ECF Nos. 12 and 13). An "authorized agent" signed the certified mail receipt. (ECF No. 13).

9. Plaintiff also provided the incorrect name for Mr. Lawlor's law firm. The correct name of the law firm is Brennan, McKenna, & Lawlor. (ECF Nos. 12 and 13).

10. As a result, Mr. Lawlor was not properly served, and was not aware that a response was required of him.

11. On June 14, 2021, the Court issued an Order granting Plaintiff leave to proceed *in forma pauperis*. (ECF No. 10).

12. The Court issued an Order to Show Cause on November 17, 2021. (see ECF No. 14).

13. The Court's Order to Show Cause was sent to Mr. Lawlor's physical address by first class mail, and Plaintiff used an incorrect zip code on the certificates of service attached to his pending motions. (ECF. No. 17).

14. Again, Mr. Lawlor was not aware of the Order to Show Cause, and consequently was not aware that a response was required of him to avoid the Court entering a default judgment.

15. On November 22, 2021, Plaintiff, pro se, filed a Motion for Default Judgment and a Motion to Amend Default Judgment (see ECF Nos. 15 and 16).

16. On January 19, 2022, the Court issued an Order denying Plaintiff's Motion for Default Judgment and Motion to Amend (ECF No. 17). The Court ordered that the Complaint (ECF No. 1), the Order to Show Cause (ECF No. 14), an Amended Summons, a Waiver of Service, and the issued Order to be sent to Mr. Lawlor. The Order further gave Mr. Lawlor 21 days to respond to the Complaint and the Court's Order to Show Cause.

17. In compliance with this Court's Order issued on January 19, 2022, Mr. Lawlor submits this Response to the Order to Show Cause.

18. Mr. Lawlor today has also filed today a Motion to Dismiss the Complaint.

19. In light of the foregoing, Mr. Lawlor respectfully requests that the Court not enter a Default Judgment.


Dated: February 9, 2022                     Respectfully Submitted,


/s/ Barry Coburn
Barry Coburn
Coburn & Greenbaum, PLLC
1710 Rhode Island Avenue, N.W.
Second Floor
Washington, DC 20036
Phone: (202) 643-9472
Fax: (866) 561-9712
barry@coburngreenbaum.com
*Counsel to Michael Lawlor*


## CERTIFICATE OF SERVICE

I hereby certify that a copy of this motion will be served upon all counsel of record via this Court's electronic filing service, this 9th day of February, 2022 and via first-class mail upon Plaintiff.

/s/ Barry Coburn

Barry Coburn