UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND

| | |
|---|---|
| OSBALDO LEMUS BERRIOS,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL LAWLOR et al.,<br><br>Defendants. | Civil Action No. TDC-20-3193 |

## DECLARATION OF MICHAEL LAWLOR

I state the following under penalty of perjury pursuant to 28 U.S.C. § 1746.

1. I am an attorney admitted to the bar of the State of Maryland and am an attorney in good standing.

2. On August 22, 2016, I was appointed by the Office of the Public Defender to represent Osbaldo Lemus Barrios in a petition for Post-Conviction Relief. I accepted the appointment to represent Mr. Berrios as the Office of the Public Defender had a conflict of interest.

3. When I was appointed counsel for Mr. Berrios, I was an attorney at Lawlor & Englert LLC, 6305 Ivy Lane, Suite 608, Greenbelt, Maryland 20070

4. Since January 1, 2018, I have been an attorney at Brennan, McKenna & Lawlor, 6305 Ivy Lane, Suite 700, Greenbelt, Maryland 20070

5. On November 13, 2019, I filed a Motion to Withdraw as Mr. Berrios' counsel.

6. I received Mr. Berrios' Complaint by mail. I did not consider this proper service as it did not comply with the requirements of Rule 4 of the Federal Rules of Civil Procedure. I did not want to waive a defense based on improper service by responding to the Complaint.

7. Additionally, the Summons listed the incorrect name of my law firm. The correct name is Brennan, McKenna & Lawlor.

8. I also contacted the legal counsel for the Office of the Public Defender about possible representation in this matter. The Office of the Public Defender informed me on January 24, 2022, that they could not represent me as I am not a state employee. Thus, at that time, I secured the services of Barry Coburn of Coburn & Greenbaum PLLC.

9. The Order to Show Cause was sent to me by first class mail, however Mr. Berrios listed the wrong zip code on the certificates of service.

10. I was not personally served the Summons and Complaint until after this Court's Order dated January 19, 2022.

11. I submit this declaration in support of my Response to the Court's Order to Show Cause.

12. I have also filed a Motion to Dismiss the Complaint.

Respectfully Submitted,

/s/ Michael Lawlor, Esq.