UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

OSBALDO LEMUS BERRIOS,

    Plaintiff,

v.

MICHAEL E. LAWLOR and
LAWLOR & ENGLERT, LLC,

    Defendants.

Civil Action No.: TDC-20-3193

**ORDER**

Pending before the Court is Defendants' Motion to Dismiss, ECF No. 21. Although the Court granted an extension of the deadline to respond to the Motion, Plaintiff Osbaldo Berrios did not file a brief in opposition to the Motion. However, the Court received correspondence from Berrios stating that he no longer has a copy of the Motion because of an inventory procedure at the prison and requesting another copy. ECF No. 27.

Upon review of these filings, it is hereby ORDERED that:

1. In response to ECF No. 27, the Clerk is directed to mail a copy of ECF No. 21 to Berrios as part of the mailing of this Order.

2. Berrios shall file any memorandum in opposition to the Motion to Dismiss within **21 days** of the date of this Order. No further extensions will be granted absent exceptional circumstances.

Date: August 25, 2022

THEODORE D. CHUANG
United States District Judge